# Exhibit B

UNITED STATES DISTRICT COURT

| | |
|---|---|
| JAMES ROSEMOND,<br><br>                 Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Respondent. | Case No. _____ |

**Declaration of Monique Brown**

I, Monique Brown, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Monique Brown.

2. I work with a program called Amer-I-Can. Our team works with young people in the inner cities and prisons, particularly in Cleveland and Los Angeles. We help individuals meet their academic potential and improve the quality of their lives by equipping them with the skills to confidently and successfully contribute to society. In connection with this social and community work, I have met with numerous political leaders, including U.S. presidents.

3. In 2020, I supported James Rosemond in his effort to have his sentence commuted. I had several conversations with then-President Donald Trump and his advisors, in which I expressed my support for Mr. Rosemond's efforts.

4. On December 18, 2020, President Trump called me and informed me that he had decided to commute Mr. Rosemond's sentence to the time he had already served in prison.

5. During this conversation, President Trump told people in the room with him: "Let's get this guy home for Christmas." He told me that he had "looked at everything"—meaning the materials we had provided about Mr. Rosemond's case—and "believe you guys" that Mr. Rosemond's sentence should be commuted. "I want to do this," President Trump added, referring to the commutation.

6. Based on my conversation with President Trump, I believe that Mr. Rosemond's sentence was commuted on December 18, 2020.

7. On January 20, 2021, President Trump left the White House. During the intervening period, President Trump never suggested to me that he had decided not to commute Mr. Rosemond's sentence.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-14, 2021

*Monique Brown*

Monique Brown