# Exhibit D

Supreme Court
of the
State of New York



**BETTY J. WILLIAMS**
JUSTICE
Retired
Personal & Unofficial

CHAMBERS
320 JAY STREET
BROOKLYN, N.Y. 11201

March 6, 2020

President Donald Trump
The White House
1600 Pennsylvania Avenue, North West
Washington, DC 20500

Re: Commutation for James Rosemond
Inmate #17903-054

Dear President Trump,

I am a retired social worker, attorney and judge who met James Rosemond at a Brooklyn, New York public school in the eighties. I write requesting you, President Trump, to grant commutation to James Rosemond's life sentence. I support commutation for Mr. Rosemond as I believe life sentence without periodic sentence review for either commutation, clemency or pardon, in every case, is not in the best interest of either the community or the incarcerated person. Every human being should be given a second chance and judged on the individual assessment of that individual's circumstances. I met with Mr. Rosemond and his mother regarding their advocacy for an alternative setting providing Mr. Rosemond with educational and life skills that would maximize Mr. Rosemond's ability to become an independent human being. James' mother had faith in and believed in her son's ability to succeed and so did I. I still do.

Because I recognized that James Rosemond was a special young man with leadership skills, I listed James' birth date on my family calendar. In my fifty (50) plus years of counseling, mentoring and loving young people, I have never listed any other young person's birth date on my family calendar, only James Rosemond. James has evidenced the leadership skills that I recognized by his community service, work ethic and consistent commitment to his family. I do not understand either the choices or decisions Mr. Rosemond made that finds him in this circumstance, however I know based on my professional experience that individuals often find themselves in situations where the objective had absolutely no criminal intent. I believe that is what may have happened to Mr. Rosemond.

James Rosemond is one of "many incarcerated persons serving extraordinary long sentences including life sentences", from my reading of "Rethinking Extreme Sentencing" by Professor James Forman, Jr. and Attorney Sarah Lustbader. "The Sentencing Project reports that one in seven (7) American incarcerated persons is serving either a life sentence or its functional equivalent. Social science data, religious teaching and common sense

Page 1 of 2

Page 2 of 2  
James Rosemond  
Inmate #17903-054  
March 6, 2020

acknowledge something that our criminal justice does not: people change. The growing momentum to reduce excessive sentences recognize that individuals serving long sentences have turned their lives around but have no hope of release". When released from prison, re-entry advocates have documented that, fewer than 1%, of middle aged, i.e. James Rosemond and older adults commit any crimes, especially when re-entry support services are provided, i.e. housing, family/friend network and employment. I agree with and support the positions of these criminal justice advocates.

In signing the petition supporting commutation of Mr. Rosemond's life sentence, I support the exercise of your Presidential Pardon Power to return James Rosemond to his family and community by granting commutation to James Rosemond's life sentence. I reassert that support in writing this letter, President Trump, so that James can become an independent tax paying citizen versus a dependent incarcerated human being and because James Rosemond has a detailed plan of action for re-entry that includes stable housing and employment, available now. James has also maintained a loving family and friend network and support system, all assuring minimum risk that James Rosemond will be a threat to society. Conversely, because of Mr. Rosemond's life sentence and incarceration experience, he will contribute to the advocacy for justice and fairness in the criminal justice system. Thank you.

Peace,

*[signature]*

Justice Betty J. Williams, Retired



President Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

November 21, 2020

Dear President Trump,

I have been so happy that the First Step Act bill was passed. You and your administration have done a great job in that effort. That was the most comprehensive bill that I've seen after working in the prisons for 25 years with my organization Amer-I-Can. I hope you know that my wife, Monique, and I are available to help you on multiple levels as we are needed.

My letter today is about a request that is very important to me. I was introduced to James Rosemond many years ago by a mutual friend and had the pleasure of meeting his children and family during holidays I spent in Miami with him. James is also committed to the young people in our community, he was involved in many programs that impacted the troubled youth. Due to his troubled past, he was extremely effective as young people could relate to him. He recognized and was concerned about the obstacles most people face after incarceration; specifically unemployment and recidivism. James made it his business, although he didn't have to, to employ former prisoners. I was most impressed by his commitment to the very same initiatives we do in our program at Amer-I-Can. He was always available to our program if we needed another experienced person to help hands on or simply advise.

Making sure I was doing the right thing, attorney's were hired to look through Mr. Rosemond's case. After reviewing and studying over 15,000 pages of documents related to James' cases; the attorney's overwhelmingly agreed that his convictions and sentences were unjust.

269 S. Beverly Drive., Suite 1048, Los Angeles, CA 90212



The government used informant witnesses trying to get reduced sentences and no corroborating evidence to convict him. I find it repulsive but not shocking that they can convict someone with zero evidence, and only the testimony of informants.

Throughout my career as an advocate for criminal justice reform, I have fought for defendants with both strong and weak cases against them. This is one of the weakest cases I've seen. I feel strongly that James is innocent of the charges against him. James is the victim of overzealous prosecutors and biased media, the punishment imposed on him—nine life sentences for crimes he didn't commit is a gross injustice.

Mr. Rosemond is a special individual that is a friend and is needed to advance my program and our community. Please consider this request as though this was my family I am asking for. He is beloved and missed dearly by his children, family and the community. I am positive he will be a productive citizen and will abide by whatever rules that are imposed upon him. He deserves a chance to prove himself as any, and I am backing and supporting him in this effort. I am also joined by Jack Brewer, Andre Berto, Mike Tyson, Michael K. Willams and many more that support his release.

After 10 years of confinement If there is anyone deserving of a clemency I believe it's James Rosemond. So I am kindly requesting that this gross injustice is reversed.

Thank you for your consideration in this matter

Sincerely,

*Jim Brown*

Jim Brown

November 30, 2018

Michael Kenneth Williams Actor/Activist
Brooklyn New York

Dear President Donald J Trump:

I am an Emmy-nominated actor from the television show The Night of. I have also starred in many other films and television series such as The Wire, Boardwalk Empire, Star Wars, Ghost Busters, Black Market and recently executive produced Raised in the System on Vice/HBO. Raised in the system is about the juvenile justice system in America and has impacted my life far beyond anything I've ever done. It has also helped me to create my foundation MKW which stands for MAKING KIDS WIN. Raised in the System was inspired from a very good friend of mine who I consider my brother James Jimmy Rosemond. I have this amazing career because of Jimmy and there are no words profound enough to describe what he means to me.

I myself grew up in Brooklyn, New York; Vanderveer Housing to be exact which was a very tough environment to come of age in. This was a very alpha male environment that would swallow you up as an innocent child. I became someone that took my anger and rage and turned it inward to abuse myself. I became an addict and to this day at 53 years old I am winning, but still fighting my addiction is an every day battle. Early on I knew I wanted to be in entertainment and I began my career as a dancer, but when I felt the pull to switch to acting I knew who I needed to help get my career off the ground. I knocked on every door I could find of someone that may know Jimmy Rosemond. See Jimmy had grown up in my neighborhood and I knew of him as a kid, but now he was a top manager in the entertainment business and I wanted to be his client. I eventually found him and begged him to take me on as a client which he did, and shortly after I booked a role that many still remember me as Omar in The Wire. Although I was becoming a success my addiction was at its height during The Wire and there were many times Jimmy had to fly to come and find me and bring me to set. He did everything in his power to get me on the right track and never gave up on me. Even putting me up in his own home so I could work on recovery away from distractions. Without his guidance and help I would have thrown away my career before it even really began.

Jimmy has accomplished in his life what may seem impossible to a kid from his upbringing. He is an amazing business man, humanitarian, role model and more than that he is a great man of faith, a remarkable father, friend and community leader. I had the privilege of being present when he made many deals happen and watched him raise his kids with so much wisdom and love. Jimmy's door was always open to help anyone no matter what their situation. He is not perfect but in my honest opinion the only thing that hurt him and helped create his current situation was his unwillingness to turn his back on those he knew with a checkered past. He always felt he had turned his life

around and it was his duty to help others looking to do the same. He would always tell me "if no one had opened a door for me and took a chance on me, where would i be?". Unfortunately he helped some of the wrong people and he has suffered for that in the worst way. I know because I visit him and talk to him often that these almost 8 years he has been incarcerated he has learned from any mistakes he may have made. I also know what he has been accused of is not even possible. There has been a great injustice in his convictions and Jimmy Rosemond deserves to be home with his family and friends that love and miss him dearly. I would trust Jimmy with my career today and would look forward to having him on my team as we work towards Criminal Justice Reform in this country. I also know how influential Jimmy is with many other powerful celebrities and he would be an asset to this work and our country if given the opportunity he deserves to come home.

I sincerely thank you for taking the time to review this letter on Jimmy Rosemond's behalf and for considering him for a pardon which only you have the power to grant. I do not make this request lightly, I understand what an extraordinary act this is, but i know there is no one more deserving of a pardon than Jimmy Rosemond. Jimmy will make the most of his freedom and do amazing positive work in our communities, and I will be here to support him every step of the way.

Respectfully Submitted

*[signature]*

Michael K. Williams

December 26, 2020

The Honorable Donald J. Trump  ***Flow State Films***

President of the United States  Donald J. Sikorski

The White House  646.610.1867

1600 Pennsylvania, NW

Washington DC 20500

Dear Donald J. Trump:

My name is Don Sikorski, and I am an investigative journalist working out of New York City on various criminal justice issues and the War on Drugs. Seven years ago, I was brought the story of James Rosemond. He was serving time inside a federal prison. After speaking with Mr. Rosemond, I started to look into Jimmy's case and unpack what the Southern District and Eastern District defined as Jimmy's crimes. As I reviewed court transcripts, witness statements, and FBI 302 documents, I realized a few essential pieces of information. James Rosemond was convicted of his alleged crimes by a motley crew of federal informants who were caught lying numerous times in their testimony and to the FBI. In conjunction with digging into his case's legal documents, I started to record phone calls with Jimmy inside prison telling his story. I recorded close to 60 hours of his personal testimony about his life, his career but, more importantly, the corruption of the federal criminal justice system.

I also realized that Jimmy was charged with what has commonly been defined in legal circles as the Kingpin statute. The government charged him with this, knowing that his co-defendant had admitted the contrary that he was the one running the alleged drug operation in FBI documents and open court inside the transcripts. All of the witnesses inside Jimmy's case were selected by the prosecutors, knowing that they all faced lengthy jail sentences. They manipulated their stories and testimony to put Jimmy at the head of a fictitious drug operation. I interviewed other members of this so-called drug operation, and they also went on the record saying that Jimmy was not a drug kingpin in any form or fashion.

Through the course of my four years investigating this case, I know for a fact that Jimmy was wrongfully convicted and sentenced in a draconian fashion, and I also know that prosecutors within the Southern District overreached in their case because of who Jimmy was in his past. As a reporter, I covered cases in the Southern District last year and watched over and over the FBI and government fabricate testimony, coach informants and build narratives to win convictions.

I wholeheartedly and firmly believe that James Rosemond will do monumental things in his life and career with a second chance. I have spoken to him at length about forming a coalition to support defendants inside the federal criminal justice system. I know Jimmy will become a major advocate for criminal justice reform inside the African American community, and through his journey, I am overly confident that James Rosemond will become a symbol of change that is needed in America today.

In closing, the government has painted Jimmy as someone who used violence as a means to an end. I know the man I have spoken to for the last 4 years is not a violent man. Jimmy came from a time and a place where it was survival of the fittest, but today in 2020, James Rosemond is a changed man, he is a man who could affect thousands of lives across the board, and he should have a chance to contribute to America in this way.

In writing this letter, I am communicating my findings as a journalist in looking at every aspect of Jimmy's case. As a man, I am asking for your leniency in the face of opposition from the Justice Department because I am 100 percent confident that the federal prosecutors, in this case, did not afford James Rosemond a fair trial or fair sentencing, and I know with every fiber that James will come back into society and be a messenger of truth, and redemption that I will be proud to be part of.

Regards,

Don Sikorski

Flow State Films LLC