IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

---------------------------------------------------------------X
JAMES ROSEMOND,                                *
                                               *
                    Petitioner,                *
        v.                                     *
                                               * Case No. 5:21-cv-00175-JPB-JPM
RICHARD HUDGINS,                               *
                                               *
                    Warden, USP Hazelton,      *
                    Respondent.                *
---------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Petitioner James Rosemond appeals to the Fourth Circuit this Court's September 26, 2022 Order adopting Magistrate Judge Mazzone's Report & Recommendation (Dkt. 37), granting Respondent's motion to dismiss or for summary judgment (Dkt. 23), granting Rosemond's motion to file amended declarations (Dkt. 36), and dismissing Rosemond's Corrected Petition for Writ of Habeas Corpus (Dkt. 13) with prejudice. *See* Dkt. 41. Both this Court's Order and Judge Mazzone's R&R are attached to this Notice.

Respectfully submitted,

/s/ *Michael Rayfield*
Michael Rayfield (*pro hac vice*)
SHOOK, HARDY & BACON
1325 Avenue of the Americas
New York, NY 10019
(212) 779-6110

/s/ *Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WV Bar No. 3894)
Michelle K. Schaller (WV Bar No. 13255)
FLAHERTY SENSABAUGH BONASSO, PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
(304) 598-0788

*Counsel for Petitioner*

Date: October 13, 2022