FILED: October 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7188
(5:21-cv-00175-JPB)

_____

JAMES ROSEMOND

    Petitioner - Appellant

v.

RICHARD HUDGINS, Warden, USP Hazelton

    Respondent - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
| Originating Case Number | 5:21-cv-00175-JPB |
| Date notice of appeal filed in originating court: | 10/13/2022 |
| Appellant(s) | James Rosemond |
| Appellate Case Number | 22-7188 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |