FILED: February 13, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7188
(5:21-cv-00175-JPB)

_____

JAMES ROSEMOND

    Petitioner - Appellant

v.

RICHARD HUDGINS, Warden, USP Hazelton

    Respondent - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                         /s/ NWAMAKA ANOWI, CLERK