FILED: April 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7188
(5:21-cv-00175-JPB)

_____

JAMES ROSEMOND

    Petitioner - Appellant

v.

RICHARD HUDGINS, Warden, USP Hazelton

    Respondent - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered February 13, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                        /s/Nwamaka Anowi, Clerk